3007708-JPB

DC: 6185185

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| CONSTANCE A. MANPRISIO, | ) | FILED: AUGUST 1, 2008 |
| | ) | 08CV4380 |
| Plaintiff, | ) | JUDGE MANNING |
| Vs. | ) | NO: _____ MAGISTRATE JUDGE SCHENKIER |
| | ) | |
| WAL-MART STORES, INC. | ) | TC |
| | ) | |
| Defendant. | ) | |

### NOTICE OF REMOVAL

The Defendant, WAL-MART STORES, INC. ("WAL-MART"), by and through its attorney, James P. Balog of SmithAmundsen LLC, and pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, removes this action to the United States District Court for the Northern District of Illinois, Eastern Division, and in support thereof, states as follows:

1.     The movant's Notice of Removal is based upon subject matter jurisdiction conferred by diversity of citizenship, as established in 28 U.S.C. § 1332.

2.     Upon information and belief, the named plaintiff is currently and was at the time of the subject accident a citizen and resident of the State of Illinois. (*See* the Incident Report of Wal-Mart, attached as Exhibit "A" and Affidavit of James P. Balog, attached as Exhibit "B").

3.     Both at the time of the commencement of the State Court action and at the present time, the defendant, WAL-MART, is a Delaware Corporation and its executive headquarters are located in Bentonville, Arkansas. (*See* Arkansas Secretary of State Business Information Search, attached as Exhibit "C"). A corporation has a single principal place of business where its executive headquarters are located. Metropolitan Life Ins. Co. v. Estate of Cammon, 929 F.2d 1220, 1223 (7th Cir. 1991). Therefore, at all pertinent times, WAL-MART is and has been a citizen of Delaware and Arkansas.

4.     This matter arises out of slip and fall accident which occurred on June 3, 2008 at Wal-Mart Store #1556, located in Orland Hills, Illinois.   The plaintiff, CONSTANCE A. MANPRISO, filed a Complaint in the Cook County Circuit Court, Law Division, styled <u>Constance A. Manpriso v. Wal-Mart Stores, Inc.</u>, bearing Cook County, Illinois, Case No. 08 1 006883.  (The Complaint is attached as Exhibit "D").[1]

5.     WAL-MART first received the plaintiff's Complaint when it was served with process on July 10, 2008.  (*See* Group Exhibit "E").  In response to this Complaint, WAL-MART filed its Appearance, Jury Demand, and Request for Admission of Facts to Plaintiff on July 15, 2008.  (The responsive pleadings are attached as Exhibit "F").  The Request for Admission of Facts seeks the plaintiff to admit that she is, and was at the time of the incident, a citizen of Illinois and that the amount in controversy exceeds $75,000.  (*See* Exhibit "F").   In response to receiving the Request for Admission of Facts, the plaintiff filed a Motion for Leave to File an Amended Complaint, naming the store manager at the time of the incident.  (The Motion is included in Group Exhibit "E").   The plaintiff undoubtedly seeks to add the store manger to defeat diversity jurisdiction (as the store manager is a citizen of Illinois), especially in light of the Request for Admission of Facts served on the plaintiff.  (*See* Exhibit "F").  This is improper.  WAL-MART has a statutory right to file its Notice of Removal "within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the ***initial pleading*** setting forth the claim for relief ..." 28 U.S.C. § 1446(b) (*emphasis added*).  As established in this Notice, WAL-MART has properly filed its Notice of Removal within the applicable thirty-day time frame.  The time periods set forth in Section 1446 are <u>mandatory</u> and should be strictly construed.  <u>Northern Illinois Gas Co. v. Airco Industrial Gases</u>, 676 F.2d 270 (7th Cir. 1982).  This requirement is in place to give the defendant a

---

[1] Pursuant to 28 U.S.C., § 1446 (a), WAL-MART has attached as Group Exhibit "E", a copy of the plaintiff's Complaint, Summons, and all other pleadings served upon the movant as of the date of this Notice.

fair notice of the substantive nature of the claims and a reasonable opportunity to weigh the advantages and disadvantages of continuing in state court or removing the action to federal court. Scott v. Toyota Motor Corporation, 1987 U.S.Dist. Lexis 2628 at *4 (N.D.Ill. March 27, 1987). The thirty-day time frame has not yet run on WAL-MART's right to seek removal of this action and its Notice is therefore timely.

6.    The Complaint alleges that plaintiff was bodily injured and suffered pain, disability, disfigurement, medical bills, lost earnings, and other unspecified losses and in the future will continue to suffer damages. (*See* Exhibit "D," at Paragraph 10). In addition, WAL-MART's internal investigation revealed that the plaintiff sustained a fractured hip as a result of the fall, requiring surgery. Given the nature of these allegations, the movant believes in good faith the amount in controversy exceeds the jurisdictional amount of $75,000.00, exclusive of interest and costs.

7.    There is complete diversity of citizenship between the plaintiff and the defendant, WAL-MART.

8.    The Complaint was filed on June 24, 2008. (Exhibit "D"). WAL-MART was served via certified mail on July 10, 2008. (The proof of service is attached as Group Exhibit "E").

9.    With the first service upon a defendant occurring on July 10, 2008, this Notice was filed within (30) thirty days of "the receipt by the Defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based." 28 U.S.C. § 1446(b).

10.    As required by 28 U.S.C. § 1446 (d), the movant will promptly serve upon plaintiff's counsel and file with the Cook County Circuit Court a true and correct copy of this Notice.

11.    By removing this action, the defendant does not waive any defenses available to it.

3

12.    If any question arises as to the propriety of the removal of this action, the movant request the opportunity to present a brief and oral argument in support of its position that this case is removable.

13.    This Notice is signed and in compliance with Rule 11 of the Federal Rules of Civil Procedure.


WHEREFORE, defendant, WAL-MART STORES, INC., prays that this Honorable Court retain jurisdiction of the matter pursuant to 28 U.S.C., §§ 1332, 1441, and 1446.

Respectfully Submitted,

SMITHAMUNDSEN LLC


By: _James P. Balog_____
James P. Balog

James P. Balog, Esq.
Attorney for Defendant, Wal-Mart Stores, Inc.
SMITHAMUNDSEN LLC
150 N. Michigan Ave., Ste. 3300
Chicago, Illinois 60601
(312) 894-3200

## CERTIFICATE OF SERVICE

I certify that on the 1st day of **August, 2008** service of a true and complete copy of the above and foregoing pleading or paper was made upon all counsel of record by depositing the same in the United States mail, first-class postage prepaid, in envelopes properly addressed to each of them.

SMITHAMUNDSEN LLC
150 N. Michigan Ave., Ste. 3300
Chicago, Illinois 60601
(312) 894-3200

# EXHIBIT A

# Claim # L8788009



- Your form has been sent to the claims division.
- Please PRINT THIS FORM for your records before returning to main screen.

## STORE TYPE

Store/Location number : 1556
Base division number : 01 - WAL-MART ASSOCIATES - US

## STORE/LOCATION INFORMATION

Address : 9265 WEST 159TH STREET, ORLAND HILLS, IL, 60477
Phone : 708 3494300
Manager : ISAACSON
Division charged :
Section code :

## CLAIM TYPE

Type of Incident : SLIP/FALL/TRIP Claim involving a customer/member that alleges slip, fall, or trip.

## SLIP/FALL INFORMATION

Type of floor : TILE
Defects ? No
Number of photos taken : 6
Was surface clean ? No
Description : FABRIC SOFTENER ON FLOOR
Was surface dry ? No
Description : —
Obstructions ? No
Description : OTHER CUSTOMER LEAKED PD
If obstruction merchandise-it's UPC# : —
Item# : —
Substance : FABRIC SOFTENER
Source of substance : DIFFERENT CUSTOMER
Amount : APROX, CAP FULL OR 1/4C
Condition of substance : SLICK
Customer wearing glasses ? No
Carrying bundles/objects ? No
Pushing cart ? No
Shoe type : SLIP ONS
Weather conditions ? CLEAR AND DRY

## INCIDENT GENERAL INFORMATION

Date of loss : 6/3/2008 8:40:00 AM
Date facility notified of loss : 6/3/2008
Accident State : IL
Claim description : FIRST CUSTOMER HAD LEAKING PRODUCT IN CA
Does incident involve BI, PD, or both ? Bodily Injury
Was medical treatment sought at time of incident or mentioned by the customer/member ? Yes

### Incident Location Information

Did incident happen on premises ? Yes
Address where injury occurred : 9265 WEST 159TH STREET, ORLAND HILLS, IL, 60477
Phone : 708 3494300

### Witness Information

Name : ,
Address : —, —, —, —
Phone : —

**Associate with facts relating to loss**

Information For Claim # 2008788009                                    Page 2 of 2

**CLAIMANT # 1**

Name : KIM, ISAACSON
Title : STORE MANAGER
**Associate first on scene**
Name : KIM, ISAACSON
Title : —
**Store Contact Information**
Name : KIM, ISAACSON
Shift : First Shift
Work Phone : —
**Preparer**
Name : WATSON, DANI
Title : ASST.MANAGER
Shift : First Shift

Name : MANPRISIO, CONSTANCE
Associate ? No
Sex : Female
Address : 146 WOOD DUCK CT, HOMER GLEN, IL, 60441
Home Phone # : 708 3011121
Work Phone # : —
Birthdate :
Driver's License # : —, IL
Did customer continue to shop ? No
Was Claimant a Minor ? No
Type of Injuries/Complaints : —
Was ambulance called ? Yes
Was MD or hospital involved ? Yes
**Companion Information**
Did claimant have a companion ? Yes
Companion Name : ,
Address : —, —, —, —
Phone : —
**Medical Provider Information**
Medical provider name : —
Address : —, —, —, —
Phone : —

Back

# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CONSTANCE A. MANPRISIO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| Vs. | ) | NO: _____ |
| | ) | |
| WAL-MART STORES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## AFFIDAVIT OF JAMES P. BALOG

I, JAMES P. BALOG, first being sworn, do depose and state:

1.    I am an attorney with SmithAmundsen LLC and serving as an attorney for Constance A. Manpriso v. Wal-Mart Stores, Inc., originally filed in the Circuit Court of Cook County, Illinois, County Department, Law Division No. 08 L 006883.

2.    I am of sound mind and make this affidavit based upon my own personal knowledge.

3.    I have conducted a thorough investigation into the matters surrounding the aforementioned case and have personal knowledge, gained through this investigation, of the facts set forth in this affidavit.

4.    After investigation I believe that Plaintiff, Constance Manpriso, was a resident and citizen of Homer Glen, Illinois on June 3, 2008.

5.    After investigation I believe that Plaintiff, Constance Manpriso, is currently a resident and citizen of Homer Glen, Illinois.

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
JAMES P. BALOG

SUBSCRIBED AND SWORN TO

before me this ___1st___ day of August, 2008.

_____
Notary Public

OFFICIAL SEAL
DARLENE MORALES
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/07/09

2

# EXHIBIT C

Case 1:08-cv-04380   Document 1   Filed 08/01/2008   Page 12 of 31

Text + | Text -

## BUSINESS AND COMMERCIAL (UCC) SERVICES

 ## Search Incorporations, Cooperatives, Banks and Ins Companies

Printer Friendly Version

For service of process contact the Secretary of State's office.

| | |
|---|---|
| Corporation Name | WAL-MART STORES, INC. |
| Fictitious Names | BUD'S DISCOUNT CITY |
| | BUD'S WAREHOUSE OUTLET |
| | BUD'S WAREHOUSE OUTLET |
| | FORT SMITH REMARKETING |
| | SAM'S CLUB |
| | SAM'S WHOLESALE CLUB |
| | WAL-MART |
| | WAL-MART AVIATION |
| | WAL-MART EXPRESS |
| | WAL-MART NEIGHBORHOOD MARKET |
| | WAL-MART NEIGHBORHOOD MARKET |
| | WAL-MART SUPERCENTER |
| | WAL-MART SUPERCENTER |
| | WAL-MART SUPERCENTER |
| | WAL-MART SUPERCENTER #1147 |
| | WAL-MART SUPERCENTER #8 |
| | WAL-MART VACATIONS |
| | WALTON LIFE FITNESS CENTER |
| Filing # | 100067582 |
| Filing Type | Foreign For Profit Corporation |
| Filed under Act | For Bus Corp; 958 of 1987 |
| Status | Good Standing |
| Principal Address | |
| Reg. Agent | THE CORPORATION COMPANY |
| Agent Address | 124 WEST CAPITOL AVENUE |
| | SUITE 1900 |
| | LITTLE ROCK, AR 72201 |
| Date Filed | 03/31/1970 |
| Officers | SEE FILE, Incorporator/Organizer |
| | STEVE WHALEY , Controller |
| | H. LEE SCOTT , President |
| | J COUNCILL LEAK , Vice-President |
| | THOMAS D HYDE , Secretary |
| | CHARLES M HOLLEY , Treasurer |
| | PAT ROE , Tax Preparer |

Case 1:08-cv-04380   Document 1   Filed 08/01/2008   Page 13 of 31

Foreign Name                          N/A

Foreign Address                       702 SW 8TH STREET
                                      BENTONVILLE, AR 72716

State of Origin                       DE

**Purchase a Certificate of**        **Pay Franchise Tax for this**
**Good Standing for this**           **corporation**
**Entity**


LLC Member information is now confidential per Act 865 of 2007

Use your browser's back button to return to the Search Results

Begin New Search

# EXHIBIT D

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

CONSTANCE A. MANPRISIO,      )
                                    )
       Plaintiff,           )
                                    )
v.                               )     No.
                                    )
WAL-MART STORES, INC.,       )
                                    )
                                    )
       Defendant.       )

2008L006883
CALENDAR/ROOM
TIME 00:00
Premises Liability

**COMPLAINT AT LAW**

Now comes the Plaintiff, CONSTANCE A. MANPRISIO, by and through her attorneys, Cooney & Conway, and complaining of the Defendant, WAL-MART STORES, INC., alleges the following:

1.    At all times herein complained of, the Defendant, WAL-MART STORES, INC., was and still is a foreign corporation organized under the laws of the State of Delaware, licensed to do business in the State of Illinois.

2.    At all times herein complained of, the Defendant, WAL-MART STORES, INC., did and still does business in Cook County, Illinois.

3.    On or about June 3, 2008, the Defendant, WAL-MART STORES, INC., owned, operated, managed, and maintained a place of business, the structures, the land, and the premises located at 9064 W. 159th St., Orland Hills, Illinois.

4.    At said time and place, the Plaintiff, CONSTANCE A. MANPRISIO, was lawfully upon said premises.

5.    At all times material herein, the Plaintiff, CONSTANCE A. MANPRISIO, was in the exercise of ordinary care and caution for her own safety.

1

6.    At all times herein referred to, it was the duty of the Defendant, WAL-MART

STORES, INC., to exercise a reasonable degree of care and caution in the ownership, operation,

management, maintenance, and upkeep of said premises for the safety of those persons, including

the Plaintiff, CONSTANCE A. MANPRISIO, who were lawfully on the said premises.

7.    At all times herein referred to, it was the duty of the Defendant, WAL-MART

STORES, INC., to exercise a reasonable degree of care and caution in the inspection of their

premises, whereby they would have discovered the dangerous condition that caused Plaintiff's

injury.

8.    At said time and place, the Plaintiff, CONSTANCE A. MANPRISIO, was seriously

injured when she was caused to fall when a dangerous condition was allowed to exist at said

premises.

9.    At said time and place, notwithstanding its aforesaid duty, the Defendant, WAL-

MART STORES, INC., by and through its agents and/or employees, was then and there guilty of

one or more of the following acts and/or omissions:

       a.    Carelessly and negligently spilled fabric softener on the floor;

       b.    Carelessly and negligently failed to inspect said premises in a reasonable
           manner to discover the fabric softener;

       c.    Carelessly and negligently failed to warn of the aforesaid conditions and
           Defendant knew, or reasonably should have known, about the spilled
           fabric softener; and

       d.    Carelessly and negligently failed to clean and remove said condition and
           Defendant knew, or reasonably should have known, about it.

10.    As a direct and proximate result of one or more of the aforesaid wrongful acts

and/or omissions of the Defendant, WAL-MART STORES, INC., the Plaintiff, CONSTANCE

2

A. MANPRISIO, was then and there injured and suffered pain, disability, disfigurement, medical bills, lost earnings, and other losses and will continue to suffer such damages in the future.

Wherefore, the Plaintiff, CONSTANCE A. MANPRISIO, asks judgment against the Defendant, WAL-MART STORES, INC., for a sum in excess of the Law Division jurisdictional amount and costs of this action.

Respectfully Submitted,

Kevin J. Conway

Cooney and Conway
120 North La Salle Street, 30th Floor
Chicago, Illinois 60602
(312) 236-6166
Firm ID. No. 90200

3

# EXHIBIT E

**CT** CORPORATION
A WoltersKluwer Company

**Service of Process
Transmittal**
07/10/2008
CT Log Number 513619808

|||||||||||||||||||||||||||||||||||||||||||||||||||||

**TO:**     Kim Lundy
            Wal-Mart Stores, Inc.
            702 SW 8th Street
            Bentonville, AR 72716

**RE:**     **Process Served in Illinois**

**FOR:**    Wal-Mart Stores, Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Constance A. Manprisio, Pltf. vs. Wal-Mart Stores, Inc., Dft. |
| **DOCUMENT(S) SERVED:** | Summons (2 sets), Complaint |
| **COURT/AGENCY:** | Cook County Circuit Court - Cook County Department - Law Division, IL<br>Case # 2008L006883 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - 06/03/2008 - 9064 W. 159th St., Orland Hills, IL |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 07/10/2008 at 09:30 |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service, not counting the day of service |
| **ATTORNEY(S) / SENDER(S):** | Cooney & Conway<br>120 N. LaSalle Street<br>30th Floor<br>Chicago, IL 60602<br>312-236-6166 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 07/10/2008, Expected Purge Date: 07/15/2008<br>Image SOP - Page(s): 6<br>Email Notification, Melanie McGrath-CT East<br>CLS-VerificationEast@wolterskluwer.com |
| **SIGNED:**<br>**PER:**<br>**ADDRESS:** | C T Corporation System<br>Tawana Carter<br>208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604 |
| **TELEPHONE:** | 312-345-4336 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

| | |
|---|---|
| 120 - Served | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served by Mail |
| 2420 - Served by Publication | 2421 - Served by Publication |
| SUMMONS | ALIAS - SUMMONS    (Rev. 5/1/92) CCG-1 |

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, LAW DIVISION

CONSTANCE A. MANPRISIO,   )
                              )

Plaintiff,         )

v.                         )   No.

WAL-MART STORES, INC.,     )   Please Serve:
                             )   Wal-Mart Stores, Inc.
                             )   R/A C T Corporation
                             )   208 S. Lasalle St.
                             )   Suite 814
Defendant.       )   Chicago, IL 60604

2008L006883 CALENDAR/ROOM TIME 00:00 Premises Liability

### SUMMONS

To the defendant:
YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file appearance, in the office of the Clerk of this Court (located in the Richard J. Daley Center, Room* 801 , Chicago, Illinois 60602) within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

To the officer:
This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after JUN 9 4 2008 date.

WITNESS, _____, 20__

_____
Clerk of Court

| | |
|---|---|
| **Name** COONEY & CONWAY | Date of Service: _____ 20__ |
| **Attorney For** Plaintiff | (To be inserted by officer on copy |
| **Address** 120 N. La Salle Street, 30th Floor | left with defendant or other person) |
| **City** Chicago, IL 60602 | |
| **Telephone** (312) 236-6166 | |
| **Atty. No.** 90200 | |

** Service by Facsimile Transmission will be accepted at _____
(A.C.) (Facsimile Telephone Number)
**DOROTHY BROWN OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
* Law Division Room 801                      County Division Room 801
Chancery-Divorce Room 802             Probate Division Room 1202

5

| | |
|---|---|
| 120 - Served | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served by Mail |
| 2420 - Served by Publication | 2421 - Served by Publication |
| SUMMONS | ALIAS - SUMMONS    (Rev. 5/1/92) CCG-1 |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

CONSTANCE A. MANPRISIO,  )
          )
   Plaintiff,    )        2008L006883
          )        CALENDAR/ROOM
v.          )   No.     TIME 00:00
          )        Premises Liability
WAL-MART STORES, INC.,  )
          )   Please Serve:
          )   Wal-Mart Stores, Inc.
          )   R/A C T Corporation
          )   208 S. Lasalle St.
          )   Suite 814
   Defendant.   )   Chicago, IL 60604

### SUMMONS

To the defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file appearance, in the office of the Clerk of this Court (located in the Richard J. Daley Center, Room* 801 , Chicago, Illinois 60602) within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

               WITNESS, _____ **JUN 24 2008**

                    _____
                     Clerk of Court

| | | |
|---|---|---|
| **Name** | COONEY & CONWAY | Date of Service: _____, 20__ |
| **Attorney For** | Plaintiff | (To be inserted by officer on copy |
| **Address** | 120 N. La Salle Street, 30th Floor | left with defendant or other person) |
| **City** | Chicago, IL 60602 | |
| **Telephone** | (312) 236-6166 | |
| **Atty. No.** | 90200 | |

** Service by Facsimile Transmission will be accepted at _____

                (A.C.) (Facsimile Telephone Number)

**DOROTHY BROWN OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

* Law Division Room 801            County Division Room 801
Chancery-Divorce Room 802          Probate Division Room 1202

5

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

CONSTANCE A. MANPRISIO,                )
                                        )
      Plaintiff,              )
                                        )
v.                                      )    No.
                                        )
WAL-MART STORES, INC.,                  )          2008L006883
                                        )          CALENDAR/ROOM S
                                        )          TIME 00:00
      Defendant.              )          Premises Liability

### COMPLAINT AT LAW

Now comes the Plaintiff, CONSTANCE A. MANPRISIO, by and through her attorneys

Cooney & Conway, and complaining of the Defendant, WAL-MART STORES, INC., alleges the

following:

    1.    At all times herein complained of, the Defendant, WAL-MART STORES, INC.,

was and still is a foreign corporation organized under the laws of the State of Delaware, licensed

to do business in the State of Illinois.

    2.    At all times herein complained of, the Defendant, WAL-MART STORES, INC.,

did and still does business in Cook County, Illinois.

    3.    On or about June 3, 2008, the Defendant, WAL-MART STORES, INC.,

owned, operated, managed, and maintained a place of business, the structures, the land, and the

premises located at 9064 W. 159th St., Orland Hills, Illinois.

    4.    At said time and place, the Plaintiff, CONSTANCE A. MANPRISIO, was lawfully

upon said premises.

    5.    At all times material herein, the Plaintiff, CONSTANCE A. MANPRISIO, was in

the exercise of ordinary care and caution for her own safety.

1

6.    At all times herein referred to, it was the duty of the Defendant, WAL-MART STORES, INC., to exercise a reasonable degree of care and caution in the ownership, operation, management, maintenance, and upkeep of said premises for the safety of those persons, including the Plaintiff, CONSTANCE A. MANPRISIO, who were lawfully on the said premises.

7.    At all times herein referred to, it was the duty of the Defendant, WAL-MART STORES, INC., to exercise a reasonable degree of care and caution in the inspection of their premises, whereby they would have discovered the dangerous condition that caused Plaintiff's injury.

8.    At said time and place, the Plaintiff, CONSTANCE A. MANPRISIO, was seriously injured when she was caused to fall when a dangerous condition was allowed to exist at said premises.

9.    At said time and place, notwithstanding its aforesaid duty, the Defendant, WAL-MART STORES, INC., by and through its agents and/or employees, was then and there guilty of one or more of the following acts and/or omissions:

      a.    Carelessly and negligently spilled fabric softener on the floor;

      b.    Carelessly and negligently failed to inspect said premises in a reasonable manner to discover the fabric softener;

      c.    Carelessly and negligently failed to warn of the aforesaid conditions and Defendant knew, or reasonably should have known, about the spilled fabric softener; and

      d.    Carelessly and negligently failed to clean and remove said condition and Defendant knew, or reasonably should have known, about it.

10.    As a direct and proximate result of one or more of the aforesaid wrongful acts and/or omissions of the Defendant, WAL-MART STORES, INC., the Plaintiff, CONSTANCE

2

A. MANPRISIO, was then and there injured and suffered pain, disability, disfigurement, medical

bills, lost earnings, and other losses and will continue to suffer such damages in the future.

Wherefore, the Plaintiff, CONSTANCE A. MANPRISIO, asks judgment against the

Defendant, WAL-MART STORES, INC., for a sum in excess of the Law Division jurisdictional

amount and costs of this action.

Respectfully Submitted,

Kevin J. Conway

Cooney and Conway
120 North La Salle Street, 30th Floor
Chicago, Illinois 60602
(312) 236-6166
Firm ID. No. 90200

3

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

CONSTANCE A. MANPRISIO,            )
                                   )
            Plaintiff,             )
                                   )
v.                                 )        Case No.: 08 L 006883
                                   )
WAL-MART STORES, INC.              )
                                   )
            Defendant.             )

## NOTICE OF ROUTINE MOTION

To:    James P. Balog
       Michelle L. Casper
       SmithAmundsen LLC
       150 N. Michigan Ave., Suite 3300
       Chicago, IL 60601

        PLEASE TAKE NOTICE that on **July 30, 2008**, at **8:45**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Ronald Davis or any Judge sitting in his stead in the courtroom usually occupied by him in **Room 2206** in the Richard J. Daley Center, Chicago, Illinois, and will then and there present **Plaintiff's Motion for Leave to File**, a copy of which is attached hereto and served upon you.

                                _____
                                Attorney(s) for the Plaintiff

Kevin J. Conway
COONEY and CONWAY
120 N. LaSalle Street, 30th Floor
Chicago, IL 60602
(312) 236-6166
Firm No.: 90200

## CERTIFICATE OF SERVICE

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that a copy of this Notice was served by placing same in the U.S. Mail Box located at 120 North LaSalle Street, 30th Floor, Chicago, Illinois a true and correct copy thereof in a sealed envelope, first class postage prepaid, addressed to each person to whom this Notice is directed on __July 23rd__ 2008.

                                _____
                                Alison Heise

S:\COONEY\CLERKS\MJA\Complaints\Manprisio Amended Complaint.wpd

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| CONSTANCE A. MANPRISIO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.    08 L 006883 |
| | ) | |
| WAL-MART STORES, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## <u>**MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AT LAW**</u>

Now comes the Plaintiff, CONSTANCE A. MANPRISIO, by and through her attorneys,

COONEY & CONWAY, and moves this Honorable Court for Leave to file, instanter, her

Amended Complaint at Law, adding Defendant, KIM ISSACSON.

_____
Kevin J. Conway


COONEY & CONWAY
120 N. La Salle Street
30th Floor
Chicago, Illinois 60602
(312) 236-6166
Atty. No. 90200

# EXHIBIT F

3007708-JPB                                        Firm I.D. #42907

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

CONSTANCE A. MANPRISIO,              )
                                     )
                Plaintiff,           )
Vs.                                  )        No; 08 L 006883
                                     )
WAL-MART STORES, INC.                )
                                     )
                Defendant.           )

### NOTICE OF FILING

TO:    Kevin J. Conway, Esq.
       Cooney & Conway
       120 North LaSalle Street-30th Floor
       Chicago, Illinois 60602

       Please take notice that on the 15th day of July, 2008, we filed with the Circuit Court of Cook County, Illinois, Defendant's Appearance and Jury Demand, copies of which are served upon you.

                         SMITHAMUNDSEN LLC

                         By: _____
                         One of the Attorneys for Defendant

James P. Balog, Esq.
SmithAmundsen LLC
150 N. Michigan Avenue, Suite 3300
Chicago, IL 60601
(312) 894-3222

### PROOF OF SERVICE

       The undersigned, a non-attorney, certify that I served this document by mailing a copy to the above-named attorney at the above address as listed above and depositing the same in the United States Mail located at 150 North Michigan Avenue, Chicago, Illinois 60601, prior to 5:00 p.m. on the 15th day of July, 2008, with proper postage prepaid.

                         _____

Under penalties as provided by law
pursuant to 735 ILCS 5/1-109,
I certify that above is true and correct.

(Rev. 4/12/01)  CCL 0530

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

CONSTANCE A. MANPRISIO

**Plaintiff**

v.

WAL-MART STORES, INC.

**Defendant**

No. _____ 2008 L 006883 _____

Calendar: _____ C _____

**APPEARANCE** AND JURY DEMAND

☒ **GENERAL APPEARANCE**  0900 - APPEARANCE - FEE PAID; 0909 - APPEARANCE - NO FEE;
0904 - APPEARANCE FILED - FEE WAIVED
☐ **SPECIAL AND LIMITED APPEARANCE**  0905 - SPECIAL APPEARANCE - FEE PAID
0906 - SPECIAL APPEARANCE - NO FEE

☒ **JURY DEMAND**  1900 - APPEARANCE & JURY DEMAND FEE PAID; 1909 APPEARANCE & JURY DEMAND NO FEE

The undersigned enters the appearance of:  ☐ **Plaintiff**  ☒ **Defendant**

WAL-MART STORES INC.

(INSERT LITIGANT'S NAME)

_____ SIGNATURE

☒ **INITIAL COUNSEL OF RECORD**  ☐ **PRO SE**
☐ **ADDITIONAL APPEARANCE**  ☐ **SUBSTITUTE APPEARANCE**

A copy of this appearance shall be given to all parties who have appeared and have not been found by the Court to be in default.

| ATTORNEY | PRO SE |
|---|---|
| NAME: James Balog/SmithAmundsen | NAME: |
| ATTORNEY FOR: Defendant | ADDRESS: |
| ADDRESS: 150 North Michigan Ave. #3300 | CITY/STATE/ZIP: |
| CITY/STATE/ZIP: Chicago, IL 60601 | TELEPHONE: |
| TELEPHONE: 312-894-3200 | INSURANCE COMPANY: |
| INSURANCE COMPANY: | ATTORNEY NUMBER 99500 |
| ATTORNEY NUMBER: 42907 | |

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

3007708-JPB                                          Firm I.D. #42907

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

CONSTANCE A. MANPRISIO,           )
                                  )
                Plaintiff,        )
                                  )
Vs.                               )      No; 08 L 006883
                                  )
WAL-MART STORES, INC.             )
                                  )
                Defendant.        )

## NOTICE OF FILING

TO:    Kevin J. Conway, Esq.
       Cooney & Conway
       120 North LaSalle Street-30th Floor
       Chicago, Illinois 60602

    Please take notice that on the 15th day of July, 2008, we filed with the Circuit Court of
Cook County, Illinois, Defendant's REQUEST FOR ADMISSION OF FACTS TO PLAINTIFF,
copies of which are served upon you.

                                SMITHAMUNDSEN LLC

                                By: _____
                                One of the Attorneys for Defendant

James P. Balog, Esq.
Michelle L. Casper, Esq.
SmithAmundsen LLC
150 N. Michigan Avenue, Suite 3300
Chicago, IL 60601
(312) 894-3222

## PROOF OF SERVICE

    The undersigned, a non-attorney, certify that I served this document by mailing a copy to the above-named
attorney at the above address as listed above and depositing the same in the United States Mail located at 150 North
Michigan Avenue, Chicago, Illinois 60601, prior to 5:00 p.m. on the 15th day of July, 2008, with proper postage
prepaid.

                                _____

Under penalties as provided by law
pursuant to 735 ILCS 5/1-109,
I certify that above is true and correct.

3007708-JPB                                              Firm I.D. #42907

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

CONSTANCE A. MANPRISIO,           )
                                  )
                Plaintiff,        )
                                  )
Vs.                               )      No; 08 L 006883
                                  )
WAL-MART STORES, INC.             )
                                  )
                Defendant.        )

## REQUEST FOR ADMISSION OF FACTS TO PLAINTIFF

NOW COMES the Defendant, WAL-MART STORES, INC., by and through its attorneys, SmithAmundsen LLC, and pursuant to Illinois Supreme Court Rule 216, submits the following Request for Admission of Facts to the Plaintiff, to be answered within twenty-eight (28) days:

1.    Admit that on the day of the commencement of this action and at the present time, the Plaintiff, CONSTANCE A. MANPRISIO, was a citizen and remains a citizen of the State of Illinois.

2.    Admit that the damages sought by the Plaintiff, CONSTANCE A. MANPRISIO, in this action exceed $75,000.


                         Respectfully submitted.

                         SmithAmundsen LLC

                         BY: _____
                         Attorney for Defendant, Wal-Mart Stores, Inc.


James P. Balog, Esq.
Michelle L. Casper, Esq.
SmithAmundsen LLC
150 N. Michigan Avenue, Suite 3300
Chicago, IL 60601
(312) 894-3222