3007708-JPB                                                                      # 6185185

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CONSTANCE A. MANPRISIO, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) No: 08C-4380 |
| | ) Judge Manning |
| WAL-MART STORES, INC. | ) Magistrate Schenkier |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

     I, James P. Balog, hereby certify that on **August 8, 2008,** a copy of the foregoing **Defendant's Answer to Plaintiff's Complaint at Law** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

***Parties receiving service electronically are as follows:***
Kevin J. Conway, Esq.
Cooney & Conway
120 North LaSalle Street-30th Floor
Chicago, Illinois 60602

                                  s/James P. Balog
                                  James P. Balog – Bar Number: 6185185
                                  Attorney for Defendant Wal-Mart Stores, Inc.
                                  SmithAmundsen LLC
                                  150 North Michigan Avenue, Suite 3300
                                  Chicago, IL 60601
                                  Telephone:  (312) 894-3200
                                  Fax:  (312) 894-3210
                                  E-Mail:  jbalog@salawus.com

Attorney for Defendant
SmithAmundsen LLC
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200