3007708-JPB                                                                      # 6185185

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| CONSTANCE A. MANPRISIO, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No: 08C-4380 |
| | ) | Judge Manning |
| WAL-MART STORES, INC. | ) ) | Magistrate Schenkier |
| Defendant. | ) | |

## JOINT REPORT OF RULE 26(f) PLANNING MEETING

Plaintiff, CONSTANCE A. MANPRISIO, being represented by Kevin Conway of Cooney and Conway, and Defendant, WAL-MART STORES, INC., being represented by James P. Balog of Smith Amundsen LLC, met on August 12, 2008, for the purpose of formulating a proposed discovery calendar for consideration by the Court. The following are dates which counsels have agreed upon:

1. Initial disclosures under Rule 26 shall be made by September 25, 2008.

2. No motions to join or other parties may be filed after March 15, 2009.

3. All written discovery shall be completed by March 1, 2009.

4. Plaintiff and defendant shall notice all fact depositions by March 30, 2009 and all fact depositions shall be taken by June 30, 2009.

5. Plaintiff shall disclose experts and provide expert reports by August 1, 2009.

6. Plaintiff shall make any such experts available for deposition by September 15, 2009.

7. Defendant shall disclose all experts and provide expert reports by November 1, 2009.

8. Defendant shall make all experts available for deposition by December 15, 2009.

9. All discovery, including depositions of experts and any rebuttal experts of plaintiff are to be completed by January 15, 2010.

10. No motions to amend the pleadings may be filed after November 1, 2009.

11. The parties have until December 1, 2009 to file dispositive motions.

12. At this time, the parties do not expect there to be any discovery of electronically stored information.

13. At this time, the parties do not expect there to be any issues about claims of privilege or of protection of trial-preparation materials.

14. The parties anticipate the case will be ready for final pre-trial conference and trial in April or May of 2010.

**Respectfully submitted this 14th day of August, 2008**


Kevin J. Conway, Esq.
Attorney for Plaintiff
COONEY AND CONWAY
120 N. LaSalle ~ 30~ Floor
Chicago, IL 60602
(312) 236-6166
Email:   kconway@eooneyconwav.com

AND

s/James P. Balog
Attorney for Wal-Mart Stores, Inc.
SMITH AMUNDSEN, LLC
150 N. Michigan Ave., Suite 3300
Chicago, IL 60601
(312) 894-3222
(312) 894-3210 – fax
#6185185
Email:   jbalog@salawus.com

3007708-JPB                                                                                          # 6185185

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| CONSTANCE A. MANPRISIO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No: 08C-4380 |
| | ) | Judge Manning |
| WAL-MART STORES, INC. | ) | Magistrate Schenkier |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

      I, James P. Balog, hereby certify that on **August 14, 2008,** a copy of the foregoing **JOINT REPORT OF RULE 26(F) PLANNING MEETING** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

***Parties receiving service electronically are as follows:***
Kevin J. Conway, Esq.
Cooney & Conway
120 North LaSalle Street-30th Floor
Chicago, Illinois 60602

                                  s/James P. Balog
                                  James P. Balog – Bar Number: 6185185
                                  Attorney for Defendant Wal-Mart Stores, Inc.
                                  SmithAmundsen LLC
                                  150 North Michigan Avenue, Suite 3300
                                  Chicago, IL 60601
                                  Telephone:   (312) 894-3200
                                  Fax:             (312) 894-3210
                                  E-Mail:       jbalog@salawus.com

Attorney for Defendant
SmithAmundsen LLC
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200