## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of Constance Manprisio v. Wal-Mart Stores    Case Number:    08C-4380

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Wal-Mart Stores, Inc.

FILED
AUG 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) Michelle L. Casper | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) /s/ Michelle L. Casper | |
| FIRM  SmithAmundsen LLC | |
| STREET ADDRESS  150 N. Michigan Avenue, Suite 3300 | |
| CITY/STATE/ZIP  Chicago, IL  60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6292528 | TELEPHONE NUMBER  (312) 894-3200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  N | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  N | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  Y | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  N | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. RETAINED COUNSEL              APPOINTED COUNSEL | |

3007708-JPB/MLC:dm                                              # 6292528

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| CONSTANCE A. MANPRISIO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No: 08C-4380 |
| | ) | Judge Manning |
| WAL-MART STORES, INC. | ) | Magistrate Schenkier |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

TO:  Kevin J. Conway, Esq.
     Cooney & Conway
     120 North LaSalle Street-30th Floor
     Chicago, Illinois 60602

I, Michelle L. Casper, hereby certify that on **August 28, 2008,** a copy of the foregoing **Appearance** was filed in the U.S. District Court for the Northern District of Illinois. Notice of this filing will be mailed to the following parties at the above address as listed and depositing the same in the United States Mail located at 150 North Michigan Avenue, Chicago, Illinois 60601, prior to 5:00 p.m. on August 28, 2008 with proper postage prepaid. I certify that the preceding sentence is true and correct.

*/s/ Michelle L. Casper*
Michelle L. Casper– Bar Number: 6292528
Attorney for Defendant Wal-Mart Stores, Inc.
SmithAmundsen LLC
150 North Michigan Avenue, Suite 3300
Chicago, IL 60601
Telephone:   (312) 894-3200
Fax:         (312) 894-3210
E-Mail:      mcasper@salawus.com

Attorney for Defendant
SmithAmundsen LLC
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200